IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

BRANDON KEITH BOHANON                                              PLAINTIFF

v.                         No. 3:11-cv-255-DPM

CITY OF WEST MEMPHIS; DAVID PEEPLES,
District Attorney, City of West Memphis;
WEST MEMPHIS POLICE DEPARTMENT;
DONALD OAKES, Chief of Police, West Memphis
Police Department; WEST MEMPHIS MUNICIPAL
COURT; and WILLIAM RAINEY, Judge, West
Memphis Municipal Court                                            DEFENDANTS

JUDGMENT

Bohanon's complaint is dismissed without prejudice.

*/s/ D.P. Marshall Jr.*

D.P. Marshall Jr.
United States District Judge

 18 January 2012